```
RECEIPT #57251
AMOUNT $ 150
SUMMONS ISSUED  N/A
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. ___
DATE 7-13-04
```

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBRA MAGNUSON,

   Plaintiff,

vs.

ELECTRONIC DATA SYSTEMS,

   and

MICHAEL CURRY,

   and

MARTHA R. HASTINGS,

   Defendants.

CASE NO.

JUDGE

NOTICE OF REMOVAL OF
CIVIL ACTION

MAGISTRATE JUDGE _____

TO:  UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Defendants, Electronic Data Systems Corporation ("EDS"), Michael Curry, and Martha Hastings, by and through their attorneys, hereby notice removal of this suit from the Superior Court for Plymouth County of the Commonwealth of Massachusetts to the United States District Court District of Massachusetts, and respectfully submit to this Honorable Court:

1.   The Complaint in this case was filed in the Plymouth County Superior Court on June 17, 2004 and was served upon Defendant EDS on June 22, 2004.

1

Individual Defendants Michael Curry and Martha Hastings were served on June 23, 2004. (A copy of the Summons and Complaint that were served on Defendants are attached hereto as Exhibit A & B, respectively[1]).

2.   As admitted in her Complaint, Plaintiff is a citizen of the Commonwealth of Massachusetts. (See Paragraph 1 of Complaint attached hereto as Exhibit B).

3.   Defendant EDS is a Delaware corporation with its corporate headquarters and principal place of business in Texas. (*Declaration of Karie Dalton* at ¶2, attached hereto as Exhibit C). Accordingly, EDS is not a citizen of the Commonwealth of Massachusetts.

4.   Defendants Michael Curry and Martha Hastings are residents of the Commonwealth of Massachusetts. The citizenship of Defendants Curry and Hastings should be disregarded for purposes of determining diversity jurisdiction, however, because Plaintiff has joined them in this lawsuit solely for the purpose of defeating the jurisdiction of this Court. Plaintiff's Complaint does not assert a claim cognizable against Defendants Curry and Hastings. Plaintiff's factual allegations assert no more than merely a corporate wrong. Specifically, Plaintiff contends that she was wrongfully terminated by EDS, the company she identifies as her employer. Under the applicable case law, only EDS--and not individual Defendants Curry and Hastings--can be liable for wrongful termination. Therefore, it follows that Defendants' Curry and Hastings citizenship should not be considered by this Court in determining jurisdiction because their joinder in this lawsuit is fraudulent/improper under applicable law. (See *Coughlin*

---

[1] Each Defendant was served with an identical copy of the same Complaint. Therefore, under Exhibit B, Defendants have attached only one Complaint.

*v. Nationwide Mutual Ins.*, 776 F.Supp. 626, 628 (D. Mass. 1991); *Polyplastics, Inc. v. Transconex, Inc.*, 713 F.2d 875, 877 (1st Cir. 1983))

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of receipt of the Complaint by Defendants. Furthermore, all named Defendants consent to removal of this action.

6. As evidenced by the attached Complaint, the amount in controversy in this case exceeds $75,000.00, exclusive of interest and costs. Specifically, Plaintiff seeks monetary damages in the amount of $750,000 for non-payment of wages, loss of income, loss of medical and dental insurance, termination of participation in 401K plan, tuition fees, loan repayments, and medial bills. (See Page 4 of Complaint attached hereto as Exhibit B).

7. Therefore, the requirements of 28 U.S.C. § 1332(a) have been met in that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and because it is a civil action between citizens of different states inasmuch as the citizenship of Defendants Curry and Hastings, who have been fraudulently/improperly joined, should not be considered.

8. The United States District Court District of Massachusetts, therefore, has original jurisdiction over this matter.

9. Accordingly, this action is a civil action which may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and (b) and § 1446(b).

10. As required by 28 U.S.C. § 1446(d), Defendants have provided written notice to the filing of this Notice of Removal to Plaintiff, and have filed a copy of this

Notice of Removal with the Clerk of the Superior Court Plymouth County of the Commonwealth of Massachusetts. (A copy of which is attached hereto as Exhibit D).

WHEREFORE, pursuant to 28 U.S.C. §§ 1332 and 1441, Defendants remove this case from the Superior Court Plymouth County of the Commonwealth of Massachusetts to this Court.

                              Respectfully submitted,

                              Joseph P. McConnell (BBO 566412)
                              Morgan Brown and Joy, LLP
                              One Boston Place
                              Boston, Massachusetts 02108
                              (617) 523-6666
                              (617) 367-3125 (fax)


                              Pro Hac Vice to be submitted,

                              Martin T. Wymer  (0004004)
                              Douglas R. Sergent (0071151)
                              BAKER & HOSTETLER LLP
                              3200 National City Center
                              1900 East Ninth Street
                              Cleveland, Ohio  44114-3485
                              Telephone:  (216) 621-0200
                              Facsimile:  (216) 696-0740

                              *Counsel for Defendants*

## CERTIFICATE OF SERVICE

A true copy of the foregoing *Notice of Removal of Civil Action* was served upon Plaintiff Debra Magnuson at 640 King Street, Hanover, Massachusetts 02339, via regular U.S. mail, postage prepaid, this ____13th____ day of July 2004.

_____
One of the attorneys for Defendants

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Debra Magnuson

### DEFENDANTS
Electronic Data Systems, et al.

(b) County of Residence of First Listed Plaintiff: **Plymouth**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: **Collin, Texas**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Debra Magnuson, 640 King Street
Hanover, MA  02339

Attorneys (If Known)
Joseph P. McConnell
Morgan Brown & Joy LLP
One Boston Place, Boston, MA  02108

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury Med. Malpractice | ☐ 620 Other Food & Drug |  | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  |  | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ ~~Medicare~~ Act | ☐ 330 Federal Employers' Liability |  ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) |  | ☐ 650 Airline Regs. ☐ 660 Occupational Safety/Health | ☐ 830 Patent ☐ 840 Trademark | ☐ 810 Selective Service ☐ 850 Securities/Commodities/Exchange |
|  | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other |  |  |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts ☐ 892 Economic Stabilization Act |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability |  |  | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 863 DIW C/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act ☐ 895 Freedom of Information Act |
|  |  | ☐ 720 Labor/Mgmt. Relations |  |  |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) |  |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** |  |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 240 Torts to Land |  | ☐ 535 Death Penalty |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Claim of wrongful termination

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 750,000    CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                                    DOCKET NUMBER

DATE: 7/13/04
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)   Magnuson v. Electronic Data Systems, et al.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ☐ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ☐ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

    ☒ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

    ☐ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

    ☐ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☒   NO ☐

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Joseph P. McConnell
ADDRESS   Morgan Brown & Joy LLP, One Boston Place, Boston, MA  02108
TELEPHONE NO.   617-523-6666

(Coversheetlocal.wpd - 10/17/02)