IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBRA MAGNUSON,<br><br>           Plaintiff,<br><br>vs.<br><br>ELECTRONIC DATA SYSTEMS,<br><br>and<br><br>MICHAEL CURRY,<br><br>and<br><br>MARTHA R. HASTINGS,<br><br>           Defendants. | CASE NO. 1:04 CV 11554-RWZ<br><br>JUDGE ZOBEL<br><br>MAGISTRATE JUDGE ALEXANDER<br><br><br>ERRATA: NOTICE OF REMOVAL OF CIVIL ACTION |

Defendants Electronic Data Systems, Michael Curry and Martha Hastings, through counsel, hereby respectfully submit that in Paragraph 4 of their Notice of Removal they inadvertently indicated that Defendant Hastings is a resident of the Commonwealth of Massachusetts when, in fact, she is a resident of Londonderry, New Hampshire.

1

All other information submitted in the Notice of Removal remains unchanged.

Respectfully submitted,

*[signature]*

Joseph P. McConnell (BBO 566412)
Morgan Brown and Joy, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666
(617) 367-3125 (fax)


Pro Hac Vice to be submitted,

Martin T. Wymer  (0004004)
Douglas R. Sergent (0071151)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio  44114-3485
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

A true copy of the foregoing *Errata: Notice of Removal of Civil Action* was served upon Plaintiff Debra Magnuson at 640 King Street, Hanover, Massachusetts 02339, via regular U.S. mail, postage prepaid, this _____ day of July 2004.

_____
One of the attorneys for Defendants