Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

# PLCV2004-00772
## Magnuson v Electronic Data Systems et al

| | | | | |
|---|---|---|---|---|
| **File Date** | 06/17/2004 | **Status** | Disposed: transfered to other court (dtrans) | |
| **Status Date** | 07/13/2004 | **Session** | B - Civil B - CtRm 1 (Plymouth) | |
| **Origin** | 1 | **Case Type** | B22 - Employment Discrimination | |
| **Lead Case** | | **Track** | F | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 09/15/2004 | **Answer** | 11/14/2004 | **Rule12/19/20** | 11/14/2004 |
| **Rule 15** | 11/14/2004 | **Discovery** | 04/13/2005 | **Rule 56** | 05/13/2005 |
| **Final PTC** | 06/12/2005 | **Disposition** | 08/11/2005 | **Jury Trial** | Unknown |

### PARTIES

**Plaintiff**
Debra A Magnuson
640 King Street
Hanover, MA 02339
Phone: 781-871-2218
Active 06/17/2004 Notify

**Defendant**
Electronic Data Systems
5400 Legacy Drive
Plano, TX 75023
Service pending 06/17/2004

**Defendant**
Michael Curry
75 Sgt. Wm Terry Drive
Hingham, MA 02043
Service pending 06/17/2004

**Defendant**
Martha R Hastings
75 Sgt Wm Terry Drive
Hingham, MA 02043
Service pending 06/17/2004

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/17/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 06/17/2004 | | Origin 1, Type B22, Track F. |
| 07/13/2004 | 2.0 | Notice for Removal to the United States District Court filed by Electronic Data Systems, Michael Curry, Martha R Hastings |

MAS-20040305　　　　Case 1:04-cv-11554-RWZ   Document 4   Filed 07/20/2004   Page 2 of 5　　　07/15/2004
meehanke　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　　　　　10:18 AM
　　　　　　　　　　　　　　　　PLYMOUTH SUPERIOR COURT
　　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　　Civil Docket

## PLCV2004-00772
## Magnuson v Electronic Data Systems et al

| Date | Paper | Text |
|---|---|---|
| 07/13/2004 | 3.0 | Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**



A TRUE COPY ATTEST

CLERK

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF PLYMOUTH
THE SUPERIOR COURT

RECEIVED
JUL 1 3 2004
PLYMOUTH SUPERIOR COURT

| | |
|---|---|
| DEBRA MAGNUSON,<br><br>      Plaintiff,<br><br>vs.<br><br>ELECTRONIC DATA SYSTEMS,<br><br>  and<br><br>MICHAEL CURRY,<br><br>  and<br><br>MARTHA R. HASTINGS,<br><br>      Defendants. | ACTION NO. 04-772B<br><br>JUDGE<br><br><br>NOTICE OF FILING NOTICE OF<br>REMOVAL OF<br>CIVIL ACTION TO UNITED STATES<br>DISTRICT COURT |

## NOTICE OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

PLEASE TAKE NOTICE, that on July 13, 2004, Electronic Data Systems Corporation, Michael Curry and Martha Hastings, Defendants in this action, filed in the United States District Court District of Massachusetts, their Notice of Removal of Civil Action to said District Court. A copy of the Notice of Removal is attached hereto for filing with this Court.

PLEASE TAKE FURTHER NOTICE, that pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of the Notice of Filing of Removal with the Superior Court, effects the removal of

this action and this Superior Court may proceed no further unless and until the case is remanded.

                              Respectfully submitted,

                              */s/ Joseph P. McConnell*
                              Joseph P. McConnell (BBO 566412)
                              Morgan Brown and Joy, LLP
                              One Boston Place
                              Boston, Massachusetts 02108
                              (617) 523-6666
                              (617) 367-3125 (fax)

                              Pro Hac Vice to be submitted,

                              Martin T. Wymer (0004004)
                              Douglas R. Sergent (0071151)
                              BAKER & HOSTETLER LLP
                              3200 National City Center
                              1900 East Ninth Street
                              Cleveland, Ohio 44114-3485
                              Telephone: (216) 621-0200
                              Facsimile: (216) 696-0740

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that the *Notice of Filing Notice of Removal* was served upon Plaintiff Debra Magnuson at 640 King Street, Hanover, Massachusetts 02339, via regular U.S. mail, postage prepaid, this 13th day of July 2004.

_____
One of the attorneys for Defendants



A TRUE COPY ATTEST
CLERK

3