UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 01-11554-RWZ

DEBRA MAGNUSON

v.

ELECTRONIC DATA SYSTEMS, et al.

SCHEDULING ORDER

August 20, 2004

ZOBEL, D. J.

This matter having come before the court at a scheduling conference held via telephone pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Debra Magnuson having appeared pro se; and Douglas R. Sergent and Robert Morris (in person) having appeared as counsel for defendant Electronic Data Systems, et al., the following action was taken:

1. The parties agreed to exchange all automatic discovery by September 30, 2004.

2. All discovery shall be completed by December 31, 2004.

3. A pretrial conference is scheduled on January 12, 2005 at 2:30 p.m.

4. Plaintiff shall, as soon as possible, make a settlement demand to which defendants shall respond promptly.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel_____<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |