UNITED STATES DISTRICT COURT
CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

FILED

2004 SEP 27  P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

*****************************************
| | |
|---|---|
| **DEBRA MAGNUSON,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *   Civil Action No. 04-11554-RWZ |
| | * |
| **ELECTRONIC DATA SYSTEMS,** | * |
| et al. | * |
| | * |
| **Defendants.** | * |
*****************************************

## MOTION OF JOSEPH P. MCCONNELL FOR LEAVE TO ADMIT MARTIN T. WYMER AND DOUGLAS R. SERGENT TO PRACTICE IN A PARTICULAR CASE

Pursuant to Local Rule 83.5.3(b), Joseph P. McConnell, Esq., an attorney at the firm of Morgan, Brown & Joy, LLP, moves the Court for leave to allow Martin T. Wymer, Esq. and Douglas R. Sergent, Esq., attorneys at the law firm of Baker & Hostetler, LLP, Cleveland, Ohio, to practice before this Court on behalf of Defendants in the above-captioned matter.

In support of this Motion, the undersigned states:

1. I am a member of the bar of this court, and have filed an appearance on behalf of the Defendants Electronic Data Systems, Michael Curry and Martha R. Hastings.

2. Attorney Wymer and Attorney Sergent have executed certifications which comply with the provisions of Local Rule 83.5.3(b). Copies of these certifications are attached as Exhibits "A" and "B", respectively.

3. The undersigned supports this application and shall also appear on behalf of the Defendants. Morgan, Brown & Joy LLP will receive service of pleadings, documents and communications from Plaintiff and the Court on behalf of the Defendants.

WHEREAS, the undersigned respectfully moves the Court to grant the present motion and allow Martin T. Wymer and Douglas R. Sergent to appear on behalf of Defendants in the above matter.

Respectfully Submitted,

_____
Joseph P. McConnell
B.B.O. No. 566412
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108
(617) 523-6666

Dated: September 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via U.S. Mail upon Plaintiff Debra Magnuson, 640 King Street, Hanover, MA 02339, this 27th day of September 2004.

_____
Joseph P. McConnell