IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBRA MAGNUSON,<br><br>     Plaintiff,<br><br>vs.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION,<br><br>   and<br><br>MICHAEL CURRY,<br><br>   and<br><br>MARTHA R. HASTINGS,<br><br>     Defendants. | CASE NO. 1:04 CV 11554-RWZ<br><br>JUDGE ZOBEL<br><br>DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

  Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendants Electronic Data Systems Corporation, Michael Curry, and Martha Hastings respectfully move this Court for a judgment on the pleadings on Plaintiff's claims. Defendants do so on the ground that Plaintiff can prove no set of facts entitling her to relief.

The reasons for granting this Motion are fully set forth in the Memorandum in Support of this Motion that is attached hereto and incorporated herein.

**CERTIFICATION UNDER RULE 7.1(A)(2)**

Counsel for Defendants certify that they have conferred with Plaintiff and have attempted in good faith to resolve or narrow the issue presented.

Respectfully submitted,

s/Joseph P. McConnell
Joseph P. McConnell (BBO 566412)
Morgan Brown and Joy, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666
(617) 367-3125 (fax)


Pro Hac Vice on file,

Martin T. Wymer  (0004004)
Douglas R. Sergent (0071151)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio  44114-3485
Telephone:  (216) 621-0200
Facsimile:  (216) 696-0740

*Counsel for Defendants*

Date:   October 15, 2004

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing was served upon Plaintiff Debra Magnuson at 640 King Street, Hanover, Massachusetts 02339, via regular U.S. mail, postage prepaid, this 15th day of October, 2004.

s/Joseph P. McConnell
One of the attorneys for Defendants
