IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBRA MAGNUSON,

Plaintiff,

vs.

ELECTRONIC DATA SYSTEMS CORPORATION,

and

MICHAEL CURRY,

and

MARTHA R. HASTINGS,

Defendants.

CASE NO. 1:04 CV 11554-RWZ

JUDGE ZOBEL

**AFFIDAVIT OF KARIE DALTON**

KARIE DALTON, being first duly sworn upon oath, deposes and says that she has personal knowledge of the following facts:

1. I am employed by Electronic Data Systems Corporation ("EDS") as a Senior Paralegal.

2. In my capacity as a Senior Paralegal supporting EDS' Labor and Employment Group, I have access to corporate records regarding employment matters, including EDS records concerning lawsuits filed against EDS and transition hiring forms and employment agreements signed by employees. These records are maintained by EDS as part of its regular business activities.

Attached hereto as Exhibit A is a true and accurate copy of the Transition Hiring Form Debra Magnuson authored and executed upon her transition to Electronic Data Systems Corporation's ("EDS") subsidiary National Heritage Insurance Company from Blue Cross and Blue Shield.

Attached hereto as Exhibit B is a true and accurate copy of the Employment Agreement Debra Magnuson executed upon her transition to Electronic Data Systems Corporation's ("EDS") subsidiary National Heritage Insurance Company from Blue Cross and Blue Shield.

FURTHER AFFIANT SAYETH NAUGHT.

Executed on 10/11/04 ______________________
Karie Dalton

SWORN TO BEFORE ME and subscribed in my presence this 11th day of October, 2004.


LISA R. KYSER
Notary Public, State of Texas
My Commission Expires
April 23, 2008

______________________
Notary Public