



# TRANSITION HIRING FORM

- Type or neatly print in ink all sections on this page and the attached forms
- Fill in the blanks or indicate not applicable (N/A)
- Be detailed and thorough
- Bring this paperwork to your one-on-one meeting

### BACKGROUND INVESTIGATION AUTHORIZATION

In connection with your employment and in compliance with the Fair Credit Reporting Act (Public Law 91-508), this notice is to inform you that Electronic Data Systems Corporation and any of its subsidiaries or affiliates, herein referred to as "EDS", may effect an inquiry of your background, including, but not limited to, credit and criminal record investigation, at the time of the offer of employment or at any time during your employment. If such a report is obtained, the name and address of the reporting agency will be provided to you upon your request.

### PERSONAL

Last Name: **Magnuson**    First Name: **Debra**    Middle Initial: **A**

Other names used: **n/a**    Social Security Number: **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**

Home Address: **1040 King St.** / **Hanover** / **MA** / **02339**
(Street/P.O. Box / Apt No. / City / State / Zip Code)

County: **Plymouth**    Country: **USA**    Time at present address: **7 +** Years ___ Months

Previous Address: **700 Plain St. Bld. 22 A.3** / **Marshfield, MA 02330**
(Street/P.O. Box / Apt No. / City / State / Zip Code)

County: **Plymouth**    Country: **USA**    Time at previous address: **5 approx** Years ___ Months

Date of Birth: **01-25-60**    Driver's License Number: **S03371260**    State: **MA**

Have you previously worked for EDS? ( Yes  **No** )
Have you ever been convicted of a crime? ( **Yes**  No )
If yes, provide details including date(s), place(s), nature of offense(s) and result(s): **Aug. 1988 / Marshfield, MA / Assault & Battery on Police Officer / Guilty. Details can be provided.**

I have provided complete and truthful information to EDS regarding all sources of information about my criminal conviction record, as well as any other information requested in the EDS Transition Hiring Forms. I understand that any misrepresentation or omission may preclude an employment offer or may result in the withdrawal of an employment offer or separation from employment. I also understand that my employment with EDS is contingent upon the completion of a satisfactory background and application check. I have received a copy of and carefully read the booklet "Employee Code of Conduct". I understand and agree to abide by the provisions in the Employee Code of Conduct.

Employee Signature: **Debra A. Magnuson**    Date: **June 8, 1997**

Copyright © 1997 EDS. All rights reserved
Revised 1/97

EDS is a registered mark of Electronic Data Systems Corporation
EDS is an equal opportunity employer, m/f/v/d.