IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBRA MAGNUSON,

                Plaintiff,

      vs.

ELECTRONIC DATA SYSTEMS
CORPORATION,

      and

MICHAEL CURRY,

      and

MARTHA R. HASTINGS,

                Defendants.

CASE NO. 1:04 CV 11554-RWZ

JUDGE ZOBEL

**MOTION TO EXTEND DISCOVERY
DEADLINE**

        Defendants Electronic Data Systems Corporation, Michael Curry and Martha Hastings, through counsel, hereby respectfully move this Court to extend the discovery deadline in this matter by 45 days, or until February 15, 2005. Discovery is currently set to cut-off on December 31, 2004. However, as Defendants expect that a Stipulated Dismissal with Prejudice will be filed by the parties, and given that Defendants' October 15, 2004, Motion for Judgment on the Pleadings is unopposed, Defendants submit that an order extending the discovery deadline is warranted.

On December 6, 2004, Plaintiff indicated in a letter to Defendants and the Court that she was dismissing this action. A Stipulation of Dismissal with Prejudice was submitted to Plaintiff on December 10, 2004. On December 17, 2004, Plaintiff, via telephone, informed Defendants' counsel that she would be forwarding the dismissal entry to counsel for filing. Upon receipt, the Stipulation of Dismissal will be filed immediately. In addition, the Court has before it Defendants' October 15, 2004, unopposed Motion for Judgment on the Pleadings, which will dispose of this matter. This Motion is not filed for purposes of delay.

Accordingly, Defendants respectfully request that the discovery deadline be extended by 45 days to preserve the parties' ability to continue to conduct discovery in case this matter is not disposed of shortly.

Respectfully submitted,

Joseph P. McConnell (BBO 566412)
Morgan Brown and Joy, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666
(617) 367-3125 (fax)

Pro Hac Vice,

Martin T. Wymer (0004004)
Douglas R. Sergent (0071151)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

A true copy of the foregoing was served upon Plaintiff Debra Magnuson at 640 King Street, Hanover, Massachusetts 02339, via certified mail, this 27th day of December, 2004.

_____

One of the attorneys for Defendants