FILED
CLERK'S OFFICE

DEC 28 P 1:55

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBRA MAGNUSON,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC DATA SYSTEMS CORPORATION,<br><br>and<br><br>MICHAEL CURRY,<br><br>and<br><br>MARTHA R. HASTINGS,<br><br>Defendants. | CASE NO. 1:04 CV 11554-RWZ<br><br>JUDGE ZOBEL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Defendants Electronic Data Systems Corporation, Michael Curry and Martha Hastings ("Defendants") and Plaintiff Debra Magnuson, through undersigned counsel, hereby stipulate and agree that this case shall be dismissed in its entirety with prejudice.

The parties further stipulate and agree that each party shall bear its/their own costs and attorneys' fees.

*/s/ Joseph P. McConnell*
Joseph P. McConnell (BBO 566412)
Morgan Brown and Joy, LLP
One Boston Place
Boston, Massachusetts 02108
(617) 523-6666
(617) 367-3125 (fax)

Admitted Pro Hac Vice

Martin T. Wymer  (0004004)
Douglas R. Sergent (0071151)
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114
(216) 621-0200
(216) 696-0740 (fax)

Counsel for Defendants

*/s/ Debra Magnuson*
Debra Magnuson
640 King Street
Hanover, Massachusetts 02339

Pro se